IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH MITCHELL                                                                                PLAINTIFF

v.                              No: 4:20-cv-00821-LPR-PSH

CLEBURNE COUNTY JAIL                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Joseph Mitchell filed a *pro se* letter regarding his treatment at the Cleburne County Jail on July 9, 2020 (Doc. No. 1). The letter was docketed as a complaint brought pursuant to 42 U.S.C. § 1983. On July 15, 2020, the Court instructed Mitchell to return a completed *in forma pauperis* ("IFP") application, including an accompanying affidavit and jail account information sheet, or pay the

$400.00 filing and administrative fees within 30 days.[1] *See* Doc. No. 2. Mitchell was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

On July 28, 2020, mail sent to Mitchell at his address of record was returned to the Court as undeliverable (Doc. No. 4). The same day, the Court directed Mitchell by text order to provide notice of his current mailing address within the next thirty days (Doc. No. 5). Mitchell was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The Court's text order was returned to the Clerk of the Court as undeliverable. *See* Doc. No. 6.

More than 30 days have passed, and Mitchell has not complied or otherwise responded to the July 15 or July 28 orders. Mitchell failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to

---

[1] The Court also notified Mitchell of his duty to promptly notify the Clerk and the parties of any change in his address and informed him that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 2.

respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Mitchell's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 19th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE